IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE | * | BKRTCY. NO. 20-00841 ESL |
| ORTIZ DIAZ, EDWIN JAVIER | * | CHAPTER 13 |
| xxx-xx-2751 | * | |
| DEBTOR | * | |

## NOTICE OF FILING OF AMENDED CHAPTER 13 PLAN AND CERTIFICATE OF SERVICE

TO THE HONORABLE COURT:

COMES NOW, **EDWIN JAVIER ORTIZ DIAZ,** the Debtor in the above captioned case, through the undersigned attorney and very respectfully states and prays as follows:

1. The Debtor is hereby submitting an amended Chapter 13 Plan, dated June 04, 2020, herewith and attached to this motion.

2. The Plan is amended to **modify/change Part 2, Section 2.1, to increase the proposed Plan base to $25,584.00; and Part 4, Section 4.4 to provide the correct amount to be paid to Treasury Department (priority portion) under Claim No. 19-1,** in the above captioned case.

I CERTIFY, that on this same date a copy of this Notice was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee, and all CM/ECF participants; I also certify that a copy of this notice was sent regular mail to the debtors and to all creditors and parties in interest appearing on the master address list (CM/ECF non-participants), hereby attached.

## NOTICE

You are notified that within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

Page -2 –
Notice of Amended Chapter 13 Plan
Case no. 20-00841 ESL13

RESPECTFULLY SUBMITTED. In San Juan, Puerto Rico, this 4th day of June, 2020.

/s/Roberto Figueroa Carrasquillo
USDC #203614
**RFIGUEROA CARRASQUILLO LAW OFFICE PSC**
ATTORNEY FOR the DEBTOR
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfc@rfigueroalaw.com

**UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico, San Juan Division**

| | |
|---|---|
| In Re<br>**ORTIZ DIAZ, EDWIN JAVIER**<br><br>XXX-XX-**2751**<br><br>XXX-XX-<br><br>**Puerto Rico Local Form G**<br><br>**Chapter 13 Plan dated** 06/04/2020 | Case No: **20-00841 ESL**<br><br>Chapter 13<br><br>[X] Check if this is a pre-confirmation amended plan.<br><br>[ ] Check if this is a post confirmation amended plan<br>Proposed by:<br>    [ ] Debtor(s)<br>    [ ] Trustee<br>    [ ] Unsecured creditor(s)<br><br>[X] If this is an amended plan, list below the sections of the plan that have been changed.<br><br>2.1; 4.4 |

## PART 1 Notices

**To Debtors:** This form sets out options that may be appropriate in some cases, but the presence of an option on the form does not indicate that the option is appropriate in your circumstances or that it is permissible in your judicial district. Plans that do not comply with local rules and judicial rulings may not be confirmable.

*In the following notice to creditors, you must check each box that applies.*

**To Creditors:** Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated.

You should read this plan carefully and discuss it with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one. The headings contained in this plan are inserted for reference purposes only and shall not affect the meaning or interpretation of this plan.

**If you oppose the plan's treatment of your claim or any provision of this plan, you or your attorney must file an objection to confirmation at least 7 days before the date set for the hearing on confirmation, unless otherwise ordered by the Bankruptcy Court.** The Bankruptcy Court may confirm this plan without further notice if no objection to confirmation is filed. See Bankruptcy Rule 3015. In addition, you must file a timely proof of claim in order to be paid under this plan, unless ordered otherwise.

If a claim is withdrawn by a creditor or amended to an amount less than the amount already disbursed under the plan on account of such claim: (1) The trustee is authorized to discontinue any further disbursements to related claim; (2) The sum allocated towards the payment of such creditor's claim shall be disbursed by the trustee to Debtor's remaining creditors. (3) If such creditor has received monies from the trustee (Disbursed Payments), the creditor shall return funds received in excess of the related claim to the trustee for distribution to Debtor's remaining creditors. (4) If Debtor has proposed a plan that repays his or her creditors in full, funds received in excess of the related claim shall be returned to the Debtor.

The following matters may be of particular importance. Debtor(s) must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not included" or if both boxes are checked, the provision will be ineffective if set out later in the plan.

| 1.1 | A limit on the amount of a secured claim, set out in Section 3.2, which may result in a partial payment or no payment at all to the secured creditor | [ ] Included | [X] Not included |
|---|---|---|---|
| 1.2 | Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section 3.4 | [ ] Included | [X] Not included |
| 1.3 | Nonstandard provisions, set out in Part 8 | [X] Included | [ ] Not included |

## PART 2: Plan Payments and Length of Plan

2.1 Debtor(s) will make payments to the trustee as follows:

*Puerto Rico Local Form G (LBF-G) Chapter 13 Plan Page 1*

| PMT Amount | Period(s) | Period(s) Totals | Comments |
|---|---|---|---|
| 210.00 | 12 | 2,520.00 | |
| 312.00 | 24 | 7,488.00 | |
| 482.00 | 16 | 7,712.00 | |
| 872.00 | 5 | 4,360.00 | Increase upon maturity of Oriental Bank loan 2017 Hyunday Tucson |
| 1,168.00 | 3 | 3,504.00 | |
| Subtotals | 60 | 25,584.00 | |

*Insert additional lines if needed*

If fewer than 60 months of payments are specified, additional monthly payments will be made to the extent necessary to make the payments to creditors specified in this plan.

**2.2 Regular payments to the trustee will be made from future income in the following manner:**

*Check all that apply.*
[ ] Debtor(s) will make payments pursuant to a payroll deduction order.
[X] Debtor(s) will make payments directly to the trustee.
[ ] Other (specify method of payment): _____

**2.3 Income tax refunds:**

Debtor(s) will supply the trustee with a copy of each income tax return filed during the plan term within 14 days of filing the return and will comply with 11 U.S.C. § 1325(b)(2). If the Debtor(s) need(s) to use all or a portion of such "Tax Refunds," Debtor(s) shall seek court authorization prior to any use thereof.

**2.4 Additional payments:**

*Check one.*
[X] **None.** *If "None" is checked, the rest of § 2.4 need not be completed or reproduced.*

## PART 3: Treatment of Secured Claims

**3.1 Maintenance of payments and cure of default, if any.**

*Check one.*
[ ] **None.** *If "None" is checked, the rest of § 3.1 need not be completed or reproduced.*

[X] The Debtor(s) will maintain the current contractual installment payments on the secured claims listed below, with any changes required by the applicable contract and noticed in conformity with any applicable rules. These payments will be disbursed either by the trustee or directly by the Debtor(s), as specified below. Any existing arrearage on a listed claim will be paid in full through disbursements by the trustee, with interest, if any, at the rate stated, pro-rated unless a specific amount is provided below. Unless otherwise ordered by the court, the amounts listed on a proof of claim filed before the filing deadline under Bankruptcy Rule 3002(c) control over any contrary amounts listed below as to the current installment payment and arrearage. In the absence of a contrary timely filed proof of claim, the amounts stated below are controlling. If relief from the automatic stay is ordered as to any item of collateral listed in this paragraph, then, unless otherwise ordered by the court, all payments under this paragraph as to that collateral will cease, and all secured claims based on that collateral will no longer be treated by the plan. The final column includes only payments disbursed by the trustee rather than by the Debtor(s).

| Name of creditor | Collateral | Current installment payments (Including escrow) | Amount of Arrearage (If any) | Interest rate on arrearage (If any) | Monthly plan PMT on arrearage | Estimated total payments by trustee |
|---|---|---|---|---|---|---|
| **Banco Popular de Puerto Rico,** **Claim No. 18-1** | URB MANSIONES DEL CARIBE AB51 RUBI STREET, HUMACAO, PR 00791 | 866.00 <br> Disbursed by: <br> [ ] Trustee <br> [X] Debtor(s) | 8,208.24 | 0.00% | 00.00 <br> ___ Months | 8,208.24 <br> Starting on Plan Month |

| Creditor | Collateral | Monthly Payment | Total | Interest Rate | | Months | Starting |
|---|---|---|---|---|---|---|---|
| Oriental Bank Claim No. 10-1 | 2017 Hyundai Tucson AWD<br>Disbursed by:<br>[ ] Trustee<br>[X] Debtor(s) | 461.00 | 2,425.08 | 0.00% | 00.00 | __ Months | Starting on Plan Month |
| Asoc Residentes Mansiones del Caribe, Inc. | URB MANSIONES DEL CARIBE AB51 RUBI STREET, HUMACAO, PR 00791<br>Disbursed by:<br>[ ] Trustee<br>[X] Debtor(s) | 80.00 | 1,702.18 | 0.00% | 00.00 | ____ Months | Starting on Plan Month |

Insert additional claims as needed.

3.2 **Request for valuation of security, payment of fully secured claims, and modification of undersecured claims.**

Check one.

[X] **None**. If "None" is checked, the rest of § 3.2 need not be completed or reproduced.

3.3 **Secured claims excluded from 11 U.S.C. § 506.**

Check one.
[X] **None**. If "None" is checked, the rest of § 3.3 need not be completed or reproduced.

3.4 **Lien Avoidance.**

Check one.
[X] **None**. If "None" is checked, the rest of § 3.4 need not be completed or reproduced.

3.5 **Surrender of collateral.**

Check one.
[ ] **None**. If "None" is checked, the rest of § 3.5 need not be completed or reproduced.

[X] The debtor(s) elect to surrender to each creditor listed below the collateral that secures the creditor's claim. The debtor(s) request that upon confirmation of this plan the stay under 11 U.S.C. § 362(a) be terminated as to the collateral only and that the stay under § 1301 be terminated in all respects. Any allowed unsecured claim resulting from the disposition of the collateral will be treated in Part 5 below.

| Name of Creditor | Collateral |
|---|---|
| Mercedes Benz Financial, Claim No. 1-1 | 2019 Mercedes Benz CLA 250 |

3.6 **Pre-confirmation adequate protection monthly payments ("APMP") to be paid by the trustee.**
[ ] Payments pursuant to 11 USC §1326(a)(1)(C):

| Name of secured creditor | $ Amount of APMP | Comments |
|---|---|---|
| None | | |

Insert additional lines as needed.

Pre-confirmation adequate protection payments made through the plan by the trustee are subject to the corresponding statutory fee.

3.7 **Other secured claims modifications.**

Check one.
[X] **None**. If "None" is checked, the rest of § 3.7 need not be completed or reproduced.

Puerto Rico Local Form G (LBF-G) Chapter 13 Plan Page 3

## PART 4: Treatment of Fees and Priority Claims

### 4.1 General

Trustee's fees and all allowed priority claims, including domestic support obligations other than those treated in § 4.5, will be paid in full without postpetition interest.

### 4.2 Trustee's fees

Trustee's fees are governed by statute and may vary during the term of the plan, nevertheless are estimated for confirmation purposes to be 10 % of all plan payments received by the trustee during the plan term.

### 4.3 Attorney's fees

Check one.

[X] **Flat Fee**: Attorney for Debtor(s) elect to be compensated as a flat fee for their legal services, up to the plan confirmation, according to LBR 2016-1(f).

OR

[ ] **Fee Application**: The attorneys' fees amount will be determined by the court, upon the approval of a detailed application for fees and expenses, filed not later than 14 days from the entry of the confirmation order.

| | |
|---|---|
| Attorney's fees paid pre-petition: | $ **232.00** |
| Balance of attorney's fees to be paid under this plan are estimated to be: | $ **3,768.00** |
| If this is a post-confirmation amended plan, estimated attorney's fees: | $ **0.00** |

### 4.4 Priority claims other than attorney's fees and those treated in §§ 4.5, 4.6.

Check one.
[ ] **None**. If "None" is checked, the rest of § 4.4 need not be completed or reproduced.

[X] The Trustee shall pay in full all allowed claims entitled to priority under §507, §1322(a)(2), estimated in $**5,972.96**

| Name of priority creditor | Estimate amount of claim to be paid |
|---|---|
| Departamento de Hacienda, Claim No. 19-1 | 5,972.96 |

*Insert additional lines as needed.*

### 4.5 Domestic support obligations assigned or owed to a governmental unit and paid less than full amount.

Check one.
[X] **None**. If "None" is checked, the rest of § 4.5 need not be completed or reproduced.

### 4.6 Post confirmation property insurance coverage

Check one.
[X] **None**. If "None" is checked, the rest of § 4.6 need not be completed or reproduced.

## PART 5: Treatment of Nonpriority Unsecured Claims

### 5.1 Nonpriority unsecured claims not separately classified.

Allowed nonpriority unsecured claims that are not separately classified will be paid pro rata. If more than one option is checked, the option providing the largest payment will be effective.

Check all that apply.

[ ] The sum of $ _____.

[ ] _____% of the total amount of these claims, an estimated payment of $ _____.

[X] The funds remaining after disbursements have been made to all other creditors provided for in this plan.

[ ] If the estate of the Debtor(s) were liquidated under chapter 7, nonpriority unsecured claims would be paid approximately $ _____

**5.2 Maintenance of payments and cure of any default on nonpriority unsecured claims.**

Check one.
[X] **None**. If "None" is checked, the rest of § 5.2 need not be completed or reproduced.

**5.3 Other separately classified nonpriority unsecured claims.**

Check one.
[X] **None**. If "None" is checked, the rest of § 5.3 need not be completed or reproduced.

## PART 6: Executory Contracts and Unexpired Leases

**6.1** The executory contracts and unexpired leases listed below are assumed and will be treated as specified. All other executory contracts and unexpired leases are rejected.

Check one.
[ ] **None**. If "None" is checked, the rest of § 6.1 need not be completed or reproduced.

[X] **Assumed items.** Current installment payments will be disbursed either by the trustee or directly by the Debtor(s), as specified below, subject to any contrary court order or rule. Arrearage payments will be disbursed by the trustee. The final column includes only payments disbursed by the trustee rather than by the Debtor(s).

| Name of creditor | Description of leased property or executory contract | Current installment payment | Amount of arrearage to be paid | Treatment of arrearage (Refer to other plan section if applicable) | Estimated total payments by trustee |
|---|---|---|---|---|---|
| FirstBank/Leasing | Car lease: 2018 Jeep Wrangler Unlimited Sport; $667.00 per month | 667.00 <br> Disbursed by: <br> [ ] Trustee <br> [X] Debtor(s) | 0.00 | | 0.00 |

*Insert additional lines as needed.*

## PART 7: Vesting of Property of the Estate & Plan Distribution Order

**7.1 Property of the estate will vest in the Debtor(s) upon**

Check the applicable box:

[X] Plan confirmation.
[ ] Entry of discharge.
[ ] Other: _____

**7.2 Plan distribution by the trustee will be in the following order:**
*(The numbers below reflect the order of distribution; the same number means prorated distribution among claims with the same number.)*

1. Distribution on Adequate Protection Payments (Part 3, Section 3.6)
1. Distribution on Attorney's Fees (Part 4, Section 4.3)
1. Distribution on Secured Claims (Part 3, Section 3.1) – *Current contractual installment payments*
2. Distribution on Post Confirmation Property Insurance Coverage (Part 4, Section 4.6)
2. Distribution on Secured Claims (Part 3, Section 3.7)
2. Distribution on Secured Claims (Part 3, Section 3.1) – *Arrearage payments*
3. Distribution on Secured Claims (Part 3, Section 3.2)
3. Distribution on Secured Claims (Part 3, Section 3.3)
3. Distribution on Secured Claims (Part 3, Section 3.4)
3. Distribution on Unsecured Claims (Part 6, Section 6.1)
4. Distribution on Priority Claims (Part 4, Section 4.4)

5. Distribution on Priority Claims (Part 4, Section 4.5)
6. Distribution on Unsecured Claims (Part 5, Section 5.2)
6. Distribution on Unsecured Claims (Part 5, Section 5.3)
7. Distribution on General Unsecured claims (Part 5, Section 5.1)

Trustee's fees are disbursed before each of the distributions above described pursuant to 28 U.S.C. § 586(e)(2).

## PART 8: Nonstandard Plan Provisions

8.1     Check "None" or list the nonstandard plan provisions

[ ] **None**. *If "None" is checked, the rest of Part 8 need not be completed or reproduced.*

Under Bankruptcy Rule 3015(c), nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Official Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are ineffective.

**Each paragraph below must be numbered and labeled in boldface type, and with a heading stating the general subject matter of the paragraph.**

The following plan provisions will be effective only if there is a check in the box "Included" in § 1.3.
**8.2 This Section modifies LBF-G, Part 3: Retention of Lien:**
The lien holder of any allowed secured claim, provided for by the Plan in its Part 3, will retain its lien according to the terms and conditions required by 11 USC 1325(a)(5)(B)(i)(I) & (II).

**8.3 This section modifies LBF-G, Part 2, Section 2.3: Income Tax Refunds to be used to fund the plan:**
Tax refunds will be devoted each year, as periodic payments, to fund the plan until the plan's completion. The tender of such payments shall deem the plan modified by such amount, increasing the base without the need of further Notice, Hearing or Court Order. If the Debtor(s) need(s) to use all or portion of such "Tax Refunds", Debtor(s) shall seek Court's authorization prior to any use of funds.

**8.4 This Provision Supplements Part 6 Executory Contracts and Unexpired Leases:**
The Debtor to provide adequate assurance of future performance to First Bank Puerto Rico/First Leasing Claim No. 4-1, by providing with the renewal of the insurance quote for the leased motor vehicle from December 20, 2020 until Claim No. 4 is paid-off and, upon maturity of the lease agreement, June 15, 2024, the Debtor to pay the residual amount of $13,298.00, through the refinancing of the residual balance with First Bank Puerto Rico/First Leasing. The Trustee will make no disbursements to said Claim No. 4-1 by First Bank Puerto Rico/First Leasing.

*Insert additional lines as needed.*

## PART 9: Signature(s)

*/s/Roberto Figueroa Carrasquillo*                                    Date **June 04, 2020**
**Signature of attorney of Debtor(s)**
**RFIGUEROA CARRASQUILLO LAW OFFICE PSC**


                                                                      Date


                                                                      Date
Signature(s) of Debtor(s) (required if not represented by an attorney; otherwise optional)

By filing this document, the attorney for Debtor(s) or Debtor(s) themselves, if not represented by an attorney, also certify(ies) that the wording and order of the provisions in this chapter 13 plan are identical to those contained in Local

Form G (LBF-G), other than any nonstandard provisions included in Part 8.

```
Label Matrix for local noticing          BANCO POPULAR DE PUERTO RICO (BDS)      FIRSTBANK PR
0104-3                                   BERMUDEZ, DIAZ & SANCHEZ LLP            PO BOX 9146
Case 20-00841-ESL13                      PO BOX 362708                           SAN JUAN, PR 00908-0146
District of Puerto Rico                  SAN JUAN, PR 00936-2708
Old San Juan
Thu Jun  4 13:11:00 AST 2020

MERCEDES BENZ FINANCIAL SERVICES USA LLC ORIENTAL BANK CCU                       ORIENTAL BANK-AUTOS
C/O BK SERVICING, LLC                    CCU BANKRUPTCY DEPARTMENT               DE DIEGO LAW OFFICES, PSC
P.O. BOX 131265                          PO BOX 364745                           PO BOX 79552
ROSEVILLE, MN 55113-0011                 SAN JUAN, PR 00936-4745                 CAROLINA
                                                                                 CAROLINA, PR 00984-9552

US Bankruptcy Court District of P.R.     ASOCIACION RESIDENTES MANSIONES         ASUME
Jose V Toledo Fed Bldg & US Courthouse   DEL CARIBE INC                          PO Box 11218
300 Recinto Sur Street, Room 109         PO BOX 4069                             San Juan, PR 00910-2318
San Juan, PR 00901-1964                  BAYAMON PR 00958-1069

Asoc Residentes Mansiones del Caribe Inc Autoridad Acueductos Y Alcantarillados  Autoridad de Energia Electrica
175 Calle Aquamarina                     PO Box 70101                            PO Box 363508
Humacao, PR 00791-5218                   San Juan, PR 00936-8101                 San Juan, PR 00936-3508

BANCO POPULAR DE PUERTO RICO             BANCO POPULAR DE PUERTO RICO            Banco Popular de Puerto Rico
BANKRUPTCY DEPARTMENT                    BERMUDEZ DIAZ & SANCHEZ LLP             Mortgage Servicing Department
PO BOX 366818                            PO BOX 362708                           PO Box 362708
SAN JUAN PR 00936-6818                   SAN JUAN, PUERTO RICO 00936-2708        San Juan, PR 00936-2708

Cap1/wmt                                 Cbna                                    Cintron Flores Law Office
PO Box 30281                             PO Box 6497                             Lcdo Reinaldo Cintron Flores
Salt Lake City, UT 84130-0281            Sioux Falls, SD 57117-6497              PO Box 4133
                                                                                 Bayamon, PR 00958-1133

Citi                                     Citibank, N.A.                          DEPARTMENT OF TREASURY
PO Box 6190                              5800 S Corporate Pl                     SECTION OF BANKRUPTCY 424-B
Sioux Falls, SD 57117-6190               Sioux Falls, SD 57108-5027              PO BOX 9024140 SAN JUAN PR, 00918-4140

DTOP                                     Departamento de Hacienda                Empresas Berrios Inc
PO Box 41269 Minillas Station            Bankruptcy Section                      PO Box 674
San Juan, PR 00940-1269                  235 Ave Arterial Hostos Ste 1504        Cidra, PR 00739-0674
                                         San Juan, PR 00918-1451

FIRST BANK                               First Premier Bank                      FirstBank/Leasing
CONSUMER SERVICE CENTER                  3820 N Louise Ave                       Departamentos de Autos
BANKRUPTCY DIVISION -(CODE 248)          Sioux Falls, SD 57107-0145              PO Box 11852
PO BOX 9146, SAN JUAN PR 00908-0146                                              San Juan, PR 00910-3852

Firstbank Puerto Rico                    (p)JEFFERSON CAPITAL SYSTEMS LLC        LVNV Funding, LLC
Departamentos de Autos                   PO BOX 7999                             Resurgent Capital Services
PO Box 11852                             SAINT CLOUD MN 56302-7999               PO Box 10587
San Juan, PR 00910-3852                                                          Greenville, SC 29603-0587
```

Lcdo Luis R. Vivas Ugartemendia
469 Cond Plaza Esmeralda Apt 132
Guaynabo, PR 00969-4282

MERCEDES BENZ FINANCIAL SERVICES
C/O BK SERVICING, LLC
PO BOX 131265
ROSEVILLE, MN 55113-0011

MONEY EXPRESS
CONSUMER SERVICE CENTER
BANKRUPTCY DIVISION (CODE 248)
PO BOX 9146 SAN JUAN PR, 00908-0146

Mercedes Benz Financia
PO Box 961
Roanoke, TX 76262-0961

Money Express
PO Box 9146
San Juan, PR 00908-0146

ORIENTAL BANK
BANKRUPTCY DEPT
PO BOX 364745
SAN JUAN, PR 00936-4745

ORIENTAL BANK
BANKRUPTCY DEPT
PO BOX 3664745
SAN JUAN, PR 00936-4745

Oriental Bank-Autos
PO Box 79552
Carolina, PR 00984-9552

PREPA - BANKRUPTCY OFFICE
PO BOX 364267
SAN JUAN PR 00936-4267

PYOD, LLC
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602-9008

Premier Bankcard, Llc
Jefferson Capital Systems LLC Assignee
Po Box 7999
Saint Cloud Mn 56302-7999

Rivera Munich & Hernandez Law Offices PS
Lcda Lisa M. Aponte Valderas
PO Box 364908
San Juan, PR 00936-4908

Rodriguez Fernandez Law Offices, P.S.C.
PO Box 71418
San Juan, PR 00936-8518

ALEJANDRO OLIVERAS RIVERA
ALEJANDRO OLIVERAS CHAPTER 13 TRUS
PO BOX 9024062
SAN JUAN, PR 00902-4062

EDWIN JAVIER ORTIZ DIAZ
HC 04 BOX 44952
CAGUAS, PR 00727-9670

MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET SUITE 301
SAN JUAN, PR 00901

ROBERTO FIGUEROA CARRASQUILLO
PO BOX 186
CAGUAS, PR 00726-0186

---

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Jefferson Capital Systems LLC
PO Box 7999
Saint Cloud, MN 56302-7999

---

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Mercedes-Benz Financial Services USA LLC
c/o BK Servicing, LLC
PO Box 131265
Roseville, MN 55113-0011

End of Label Matrix
Mailable recipients    46
Bypassed recipients     1
Total                  47