IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

EDWIN JAVIER ORTIZ DIAZ

DEBTOR(S)

CASE NO. 20-00841-ESL

CHAPTER 13

**AMENDED DOCUMENT**

## TRUSTEE'S REPORT ON CONFIRMATION

1. The applicable commitment period (years) is: 5

2. The liquidation value of the estate is $: 0.00

3. The general unsecured pool is $: 0

AMENDED PLAN DATE: June 04, 2020     PLAN BASE: $25,584.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 6/16/2020

[ ] FAVORABLE         [X] UNFAVORABLE

1. [X] INSUFFICIENTLY FUNDED § 1325(b):

   Plan has not sufficient funds to pay priority creditors.

[X] OTHER:

   Plan doe snot provide for DSO pre petition arrears $8,277.00

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

/s/ Pedro R Medina
Pedro R Medina

Atty: ROBERTO FIGUEROA

USDC #226614
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CMC - EN