**IN THE UNITED STATES BANKRUPTCY COURT**

**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br><br>**EDWIN JAVIER ORTIZ DIAZ**<br><br>**xxx–xx–2751**<br><br>Debtor(s) | Case No. **20–00841 ESL**<br><br>Chapter **13**<br><br>FILED & ENTERED ON 9/21/20 |

### *ORDER GRANTING UNOPPOSED MOTION*

This case is before the Court on the following motion: Motion requesting entry of order to deem the plan amended filed by Chapter 13 Trustee, docket #40.

The motion having been duly notified, no replies or objections having been filed timely, the Court having reviewed the same and good cause appearing thereof, the motion is hereby granted.

In San Juan, Puerto Rico, this Monday, September 21, 2020 .

Enrique S. Lamoutte

United States Bankruptcy Judge