**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE: <br><br> **EDWIN JAVIER ORTIZ DIAZ** <br><br> **xxx–xx–2751** <br><br> Debtor(s) | Case No. **20–00841 ESL** <br><br> Chapter **13** <br><br> FILED & ENTERED ON 12/27/22 |

*ORDER*

Upon debtor's (s') reply (see docket entry #50), the motion to dismiss filed by Money Express (docket entry #49) is hereby denied.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Tuesday, December 27, 2022 .

Enrique S. Lamoutte
United States Bankruptcy Judge